UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2:19-CV-93 |
| v. | ) | |
| | ) | Judge |
| Columbia 12 gauge single-shot shotgun, no serial number, | ) | |
| Unknown make or model .22 caliber single-shot rifle, | ) | |
|     no serial number, | ) | |
| Savage model crack-shot 26 .22 caliber rifle, | ) | |
|     no serial number, | ) | |
| Parkhurst 12 gauge double-barrel shotgun, | ) | |
|     no serial number, | ) | |
| Montgomery Ward 12 gauge single-shot shotgun, | ) | |
|     serial number 846118, and | ) | |
| Fifteen (15) rounds 12 gauge (14 Federal, one Remington) | ) | |
|     Ammunition, | ) | |
| | ) | |
| Defendants. | ) | |

VERIFIED COMPLAINT *IN REM*

Comes now the plaintiff, United States of America, by and through its attorneys, J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Gretchen Mohr, Assistant United States Attorney, and brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

NATURE OF THE ACTION

1. In this *in rem* civil action, the United States of America seeks forfeiture of:

    (a) Columbia 12 gauge single-shot shotgun, no serial number;

    (b) Unknown make or model .22 caliber single-shot rifle, no serial number;

(c)     Savage model crack-shot 26 .22 caliber rifle, no serial number;

(d)     Parkhurst 12 gauge double-barrel shotgun, no serial number;

(e)     Montgomery Ward 12 gauge single-shot shotgun, serial number 846118; and

(f)     Fifteen (15) rounds 12 gauge (14 Federal, one Remington) ammunition,

(hereinafter "defendant properties").

## THE DEFENDANT *IN REM*

3.     The defendant properties were seized on January 11, 2018, at the residence of Lawrence Earhart at 125 Earhart Drive, Bristol, Tennessee, incident to his arrest by agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), United States Marshals Service, and other local officers.

4.     The defendant properties are in the custody of ATF.

## JURISDICTION AND VENUE

5.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6.     This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Clerk issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i). The plaintiff will then execute the warrant upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395(b) because the defendant properties are located in this district.

## BASIS FOR FORFEITURE

8. The defendant properties are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), which authorizes civil forfeiture of firearms in possession of unlawful users of a controlled substance, in violation of 18 U.S.C. § 922(g)(3).

## FACTS

9. The facts and circumstances supporting the forfeiture of the defendant properties are as follows:

    a. Lawrence Powell Earhart, II [hereinafter "Earhart"] from whom the firearms were seized incident to his arrest, was a member of a drug trafficking organization operating in the Eastern District of Tennessee and Southwest Virginia during the time frame of the conspiracy charged in the Indictment on January 9, 2018, in EDTN Case No. 2:18-CR-17, *United States v. Alosio, et al*. Earhart and others were charged with violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), among other charges.

    b. On May 20, 2019, a Plea Agreement [Doc. 1017] was filed with the Court in which Earhart agreed to plead guilty to the lesser included offense of Count One of the Indictment, conspiracy to distribute five grams or more, but less than 50 grams of methamphetamine, its salts, its isomers, and salts of its isomers. In the Plea Agreement, Earhart agreed to forfeit his interest in, and agreed not to contest forfeiture of, the defendant properties

listed in paragraph 1, above. A change of plea hearing for Earhart is pending and is currently set for June 4, 2019.

 c. Since approximately January 2016 the organization obtained multi-kilogram quantities of crystal methamphetamine, from cities within the Eastern District of Tennessee as well as cities in Georgia, which was transported to the Tri-Cities area of the Eastern District of Tennessee and to Southwest Virginia, where it was distributed.

 d. On June 2, 2016, a traffic stop was conducted on a vehicle operated by Earhart near his residence in Blountville, Tennessee. He was arrested in possession of four (4) plastic baggies containing methamphetamine as well as three (3) dosage units of morphine sulphate. Earhart told officers that he had been using methamphetamine for a while and that he did not use it every day, but had developed a problem. Earhart also told officers that the methamphetamine in his possession that night belonged to the passenger in the vehicle, a co-conspirator, who gave it to him as they were getting pulled over.

 e. The officers seized Earhart's cellular telephone during June 2, 2016, traffic stop, and a subsequent search of the phone revealed the following text messages:

 (1) On March 2, 2016, Earhart contacted a co-conspirator and ordered an 8-ball of methamphetamine (3.5 grams) and some hypodermic needles. Subsequently, on March 7, 2016, March 9, 2016, and April 8, 2016, Earhart sent text messages to the same co-conspirator and ordered additional methamphetamine and hypodermic needles. On April 11, 2016, Earhart contacted the co-conspirator and arranged to pay for the methamphetamine previously obtained.

 (2) On May 5, May 21, and May 23, 2016, Earhart ordered three 8-balls of methamphetamine from the same co-conspirator.

f. Earhart was interviewed on February 9, 2017, and reported he had been involved with methamphetamine for a long time, and had started distributing crystal methamphetamine from his residence located at 125 Earhart Drive, Bristol, Tennessee around January 2016. He admitted purchasing multiple 8-balls (3.5 grams) of methamphetamine at a time from a co-conspirator.

g. The defendant properties were seized by agents of the Bureau of Alcohol, Tobacco, and Firearms ("ATF") on January 11, 2018, from Earhart, at 125 Earhart Drive, Bristol, Tennessee, incident to his arrest for charges in the Indictment.

h. Because the defendant properties were involved in violations of 18 U.S.C. § 922(g)(3), the defendant properties are subject to forfeiture to the United States in accordance with 18 U.S.C. § 924(d)(1).

## CLAIM FOR RELIEF

11. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 9 above, including, the subparts thereof.

12. The defendant properties constitute properties involved in violations of 18 U.S.C. § 922(g)(3). Accordingly, the defendant properties are subject to forfeiture to the United States in accordance with 18 U.S.C. § 924(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that the Clerk issue a Warrant for Arrest *In Rem* for the defendant properties and that the defendant properties be condemned and forfeited to the United States of America in accordance with the provisions of law; that notice of this action be given to all persons known or thought to have an interest in or right against the

5

defendant properties; and that the plaintiff be awarded its costs in this action and for such other necessary and equitable relief as this Court deems proper.

                        J. DOUGLAS OVERBEY
                        United States Attorney

By:    *s/Gretchen Mohr*
        GRETCHEN MOHR
        Assistant United States Attorney
        800 Market St., Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167

## VERIFICATION

I, Special Agent Bryan C. Williams, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That I have read the foregoing Verified Complaint *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint *In Rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I hereby verify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2019.

_____
Bryan C. Williams, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Columbia 12 gauge single-shot shotgun, no serial number, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Sullivan
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gretchen Mohr, Assistant United States Attorney  (865) 545-4167
800 Market St., Suite 211
Knoxville, Tennessee 37902

Attorneys *(If Known)*
Ricky A.W. Curtis, Attorney at Law, P.C.  (423) 354-0002
3229 Highway 126
Blountville, TN 37617    rawc@rickyawcurtis.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 922(g)(3), 18 USC 924(d)(1)
Brief description of cause:
Forfeiture of firearms used to facilitate distribution and sale of controlled substances.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: LEON JORDAN
DOCKET NUMBER: 2:18-CR-17 US v Alosio et al

DATE: 06/03/2019
SIGNATURE OF ATTORNEY OF RECORD: s/Gretchen Mohr, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____