UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:19-CV-93 |
| ) | |
| COLUMBIA 12 GAUGE SINGLE-SHOT ) | |
| SHOTGUN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 15, 2021, [Doc. 19]. In that Report and Recommendation, the Magistrate Judge recommends that the government's motion for default judgment and final order for forfeiture, [Doc. 17], be granted and that defendant property be hereby forfeited to the United States of America, and all right, title and interest in and to said property be hereby vested in the United States of America, pursuant to 18 U.S.C. § 924(d). The Magistrate Judge recommends a default judgment to be entered against Lynda D. Earhart Trust, Lawrence Powell Earhart, and the Estate of Lynda Earhart and any persons who may claim to have an interest in the defendant properties. Further, the Magistrate Judge recommends that the Bureau of Alcohol, Tobacco, Firearms and Explosives or its designated agency dispose of the defendant properties according to law and that the Clerk of Court provide the United States Attorney's Office with a certified copy of the final order of forfeiture. [Doc. 19].

Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 19], that the government's motion for default

judgment and final order for forfeiture, [Doc. 17], is GRANTED.  A default judgment is hereby ENTERED against Lynda D. Earhart Trust, Lawrence Powell Earhart, and the Estate of Lynda Earhart and any other persons who may claim to have an interest in the defendant properties.  The defendant properties are hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 924(d), and all right, title, and interest in the properties is hereby vested in the United States.  The Bureau of Alcohol, Tobacco, Firearms and Explosives or its designated agency shall dispose of the defendant properties according to law.

So ordered.

ENTER:

    s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE